Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00557-CV

Kevin T. **CLAYTON**,
Appellant

v.

Jesus **LEMUS**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-10-34
Honorable Alex William Gabert, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  December 15, 2010

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal.  The motion states that counsel for appellee is unopposed to the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellant.

PER CURIAM